IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:24-mj-00132-CSK |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| FRANCISCO CORNEJO-QUEZADA, | ) | |
| Defendant. | ) | |

   This client appeared in another district and qualified for appointed counsel in that district. They were ordered to appear in our district and the government has requested a Sacramento court date. The Federal Defender has a conflict. The court has separately received a financial affidavit for this client. CJA Panel attorney John Manning is hereby appointed effective November 12, 2024, the date the Office of the Federal Defender first contacted him.

DATED: 11/13/2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE